UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patricia L. Brown,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:14–cv–604

Judge Michael H. Watson

## ORDER

On April 27, 2015, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation concerning the disposition of Patricia Brown's ("Plaintiff") Complaint in this Social Security case. The Report and Recommendation recommended affirming the decision of the Commissioner of Social Security Administration and overruling Plaintiff's Statement of Errors.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of the right to de novo review by the District Judge as well as a waiver of the right to appeal the

decision of the District Court adopting the Report and Recommendation. Report and Recommendation 13, ECF No. 18. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED**. Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**